# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| LELAND FOSTER, | Case No. 1:15-cv-897 |
| Plaintiff, | Honorable Paul L. Maloney |
| v. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES** |
| WESBAR, INC., a Michigan Corporation for Profit d/b/a THE DAYS INN – MANISTEE, | |
| Defendant. | |

_____/

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Nathaniel R. Wolf (P52017) |
| Law Office of Owen B. Dunn, Jr. | Mika Meyers PLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| The Ottawa Hills Shopping Center | 900 Monroe Avenue, NW |
| 4334 W. Central Avenue, Suite 222 | Grand Rapids, MI 49503 |
| Toledo, OH 43615 | (616) 632-8000 |
| (419) 241-9661 | nwolf@mikameyers.com |
| dunnlawoffice@sbcglobal.net | |

_____/

## STIPULATION

It is hereby stipulated and agreed by and among Plaintiff Leland Foster and Defendant Wesbar, Incorporated d/b/a The Days Inn of Manistee that this matter has been settled and that the parties have executed a Settlement Agreement and Full and Final Release of All Claims. The parties further stipulate and agree that an Order of Dismissal With Prejudice and Without Costs or Attorney Fees may enter as it relates to all claims made by all parties. This Order resolves all remaining claims in this lawsuit and closes the case.

{019280101 }

The parties stipulate and agree that this Court will retain jurisdiction over the case for the sole purpose of enforcing the terms of the Settlement Agreement and Full and Final Release of All Claims between the parties.

Respectfully submitted,

LAW OFFICE OF OWEN B. DUNN, JR.
Attorneys for Plaintiff Leland Foster

Dated:  April 6, 2016         By:   /s/ Owen B. Dunn, Jr.
                                         Owen B. Dunn, Jr. (P66315)
                                         The Ottawa Hills Shopping Center
                                         4334 W. Central Avenue, Suite 222
                                         Toledo, OH 43615
                                         (419) 241-9661
                                         dunnlawoffice@sbcglobal.net


MIKA MEYERS PLC
Attorneys for Defendant Wesbar, Incorporated d/b/a
Days Inn of Manistee

Dated:  April 6, 2016         By:   /s/ Nathaniel R. Wolf
                                         Nathaniel R. Wolf (P52017)
                                         900 Monroe Avenue, NW
                                         Grand Rapids, MI 49503
                                         (616) 632-8000
                                         nwolf@mikameyers.com

**ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS OR ATTORNEY FEES**

The Court, having read the above Stipulation between the parties, and being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that all claims made by all parties in this action are dismissed with prejudice and without costs or attorney fees to any of the other parties.  This Order resolves all remaining claims in the lawsuit and closes the case.

2

{019280101 }

3

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the case for the sole purpose of enforcing the terms of the Settlement Agreement and Full and Final Release of All Claims between the parties.

IT IS SO ORDERED.


Dated:   April 7, 2016                             /s/ Phillip J. Green
                                              Honorable Phillip J. Green
                                              United States Magistrate Judge

{019280101 }